IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-mj-00106

KEITH R. LESSARD

MOTION TO FILE REDACTED
CRIMINAL COMPLAINT AFFIDAVIT

Comes now the United States of America, by Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and pursuant to Federal Rule of Criminal Procedure 49.1 and the Crime Victims Rights Act, 18 U.S.C. § 3771, respectfully moves to file a redacted Criminal Complaint Affidavit in the above-captioned case. The United States is seeking to redact the first and last names of the victim and other identifying information in the Criminal Complaint Affidavit as well as certain information related to defendant.

The redacted Criminal Complaint Affidavit is attached as Exhibit A.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

By: s/Joshua C. Hanks
_____
JOSHUA C. HANKS
Assistant United States Attorney
WV State Bar No. 8550
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: josh.hanks@usdoj.gov